**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHARITO ALTAGRACIA GONZALEZ,,

                Plaintiff,                    22 **CIVIL** 4587(LJL)

    -v-                                    **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 23, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          August 23, 2022

                                                        **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                      **BY:**

                                                                  **Deputy Clerk**